No. 98–5360.  HUFFMAN v. FLIPPO ET AL.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 98–5361.  GREEN v. STOVAL.  C. A. 6th Cir.  Certiorari denied.

No. 98–5362.  DAVIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–5363.  SEHORN v. UNITED STATES;
No. 98–5381.  LOTT v. UNITED STATES; and
No. 98–5875.  NELSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 137 F. 3d 1094.

No. 98–5364.  ROWE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 98–5365.  PARIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 98–5366.  SERRANO v. LINDSEY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–5367.  ROBINSON v. MAENTANIS, DEPUTY SHERIFF, COOK COUNTY, ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 98–5368.  ROSSER v. NEWLAND, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98–5369.  SINGLETON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 98–5370.  SANCHEZ v. STIENEKE, DIRECTOR, NORTH CAROLINA DIVISION OF PRISONS.  C. A. 4th Cir.  Certiorari denied.

No. 98–5371.  ROBERTSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–5373.  COOMBS v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. (two judgments).  C. A. 3d Cir.  Certiorari denied.

No. 98–5375.  VALDES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.